UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

     Plaintiff,

v.                                  Case No:   6:15-cv-1573-Orl-40TBS

JOHN S. BARBOUR, OLYMPIA T
BARBOUR and JOHN BARBOUR, JR. ,

     Defendants.
_____

## ORDER

     This matter comes before the Court *sua sponte*.   Today, Plaintiff filed its mandatory initial disclosures, docket entry 42.   This district prohibits litigants from filing discovery material unless that material is "necessary to the presentation or defense of a motion," or otherwise required.   Middle District Discovery (2001) at 1-2;[1] see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03.   There is no permitted reason for the filing of the initial disclosures and they are therefore, **STRICKEN**.

     **DONE** and **ORDERED** in Orlando, Florida on December 22, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

     Counsel of Record
     Unrepresented Parties

_____
[1] The Middle District Discovery (2001) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "Forms & Publications" tab.